# Intended Notice Recipients – Method of Notice

District/Off: 0860−3  User: ashley  Date Created: 8/11/2008
Case: 3:07−ap−01241  Form ID: pdfwotrm  Total: 7

**CM/ECF Notice of Electronic Filing Recipients:** *(Refer to Notice of Electronic Filing[NEF] for notice transmission details.)*
intp  Warren E. Dupwe  msdupwe@suddenlinkmail.com, wdupwe@ecf.epiqsystems.com
ust  U.S. Trustee (ust)  USTPRegion13.LR.ECF@usdoj.gov, Shari.Sherman@usdoj.gov
aty  Jeannette A. Robertson  rlf@suddenlinkmail.com
aty  Will A. Kueter  wkueter@sbcglobal.net

TOTAL: 4

**Notice Recipients submitted to the BNC:** *(Refer to BNC Certificate of Service for notice transmission details.)*
pla  Sierra M. Anderson  P.O. Box 10  Jonesboro, AR 72403
dft  Raymond Benjamin Sharp  503 Cole Street  Harrisburg, AR 72432
dft  Lisa Sharp  503 Cole  Harrisburg, AR 72432

TOTAL: 3